UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

SAMANTHA ISOLINA YOUNES,

         Plaintiff,

    -v-                     1:14-CV-170
                          (DNH/ESH)

CAROLYN W. COLVIN, Acting Commissioner
Of Social Security,

         Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

APPEARANCES:                           OF COUNSEL:

LAW OFFICES OF STEVEN R. DOLSON      MAGGIE W. MCOMBER, ESQ.
Attorneys for Plaintiff
126 North Salina Street, Suite 3B
Syracuse, NY 13202

OFFICE OF GENERAL COUNSEL            SIXTINA FERNANDEZ, ESQ.
Social Security Administration
Region II
Attorneys for Defendant
26 Federal Plaza, Room 3904
New York, NY 10278

DAVID N. HURD
United States District Judge

## **DECISION and ORDER**

     Plaintiff Samantha Isolina Younes filed this action seeking judicial review of a final

decision of the Commissioner of Social Security denying her applications for child's and

disability insurance benefits and supplemental security income available under the Social

Security Act. By Report-Recommendation dated March 13, 2015, the Honorable Earl S.

Hines, United States Magistrate Judge, recommended that the decision of the Commissioner be affirmed and plaintiff's complaint be dismissed. Plaintiff filed timely objections to the Report-Recommendation.

Based upon a de novo determination of the portions of the Report-Recommendation to which plaintiff objected, the Report-Recommendation is accepted and adopted in all respects. See 28 U.S.C. § 636(b)(1).

Therefore, it is

ORDERED that

1. The Commissioner's decision is AFFIRMED; and

2. Plaintiff's complaint is DISMISSED in its entirety.

The Clerk is directed to file a judgment accordingly.

IT IS SO ORDERED.

United States District Judge

Dated: April 2, 2015
     Utica, New York.